## CENTRAL OF GEORGIA RY. CO. V. GASTON, JUDGE.

### Action to Recover Taxes.

(Decided Feb. 11, 1909.　Rehearing denied April 6, 1909.
49 South. 412.)

APPEAL from Montgomery City Court.

Heard before Hon. A. D. SAYRE.

LAWTON & CUNNINGHAM, and STEINER, CRUM & WEIL, for appellant.

ALEXANDER M. GARBER, Attorney-General, H. C. SHEL-HEIMER, and S. D. WEAKLEY, for appellee.

SIMPSON, J.—Affirmed on the authority of *Southern Ry. Co. v. Greene*, Judge, 160 Ala. 396; 49 South. 404.

DOWDELL, C. J., DENSON, MCCLELLAN and MAYFIELD, JJ., concurs.　ANDERSON, J., dissents.

---

## DAVENPORT V. CITY OF BIRMINGHAM.

### Violating City Ordinance.

(Decided May 20, 1909.　49 South. 751.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. A. C. HOWZE.

JOHN T. GLOVER, for appellant.

J. Q. SMITH, for appellee.

MCCLELLAN, J.—Reversed and remanded on the authority of *Ryan v. City of Birmingham*, 160 Ala. 261; 49 South. 749.

DOWDELL, C. J., ANDERSON and SAYRE, JJ., concur.